UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDAV CAPITAL,<br>NISHA DESAI,<br>*Plaintiffs*,<br>v.<br>PAYPAL HOLDINGS, INC.,<br>PAYPAL VENTURES,<br>*Defendants*. | Case No. 1:25-cv-33-AT |

**NOTICE OF MOTION FOR RECUSAL OR DISQUALIFICATION**

Per 28 U.S.C. §455(a), Plaintiffs respectfully move for the recusal or disqualification of the Honorable Analisa Torres and for reassignment to a district judge whose individual practices do not contain a racial preference. Plaintiffs file this motion without a pre-motion letter because "a delay in filing might result in the loss of a right." *Individual Practices in Civil Cases* ¶III.A.i., Hon. Analisa Torres, U.S.D.J. (S.D.N.Y.) (Rev. Jan. 15, 2025), perma.cc/Y6LR-ZKX4. This motion seeks recusal and reassignment to a new judge, so Plaintiffs need to file it now, before any significant litigation or proceedings take place. *Cf. Apple v. Jewish Hosp. & Med. Ctr.*, 829 F.2d 326, 333-34 (2d Cir. 1987).

Dated: February 12, 2025              Respectfully submitted,

/s/  Thomas R. McCarthy

Thomas R. McCarthy*
Cameron T. Norris*
Daniel M. Vitagliano†
   SDNY Bar No. 5856703
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
tom@consovoymccarthy.com
cam@consovoymccarthy.com
dvitagliano@consovoymccarthy.com

Patrick N. Strawbridge*
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

*Admitted pro hac vice
†Supervised by principals of the firm
 admitted to practice in VA

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that on February 12, 2025, I e-filed this notice of motion with the Court via ECF, which will automatically email everyone who has appeared. I am also serving the foregoing by overnight delivery service to counsel for Defendants and providing a courtesy copy by email.

/s/  Thomas R. McCarthy

2