```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDAV CAPITAL,
NISHA DESAI,

                       Plaintiffs,

   -against-                               25 Civ. 33 (AT)

PAYPAL HOLDINGS, INC.,
PAYPAL VENTURES,                   **ORDER**

                       Defendants.

ANALISA TORRES, District Judge:

    Because of the Court's relationship with certain individuals related to this litigation, the undersigned is recusing herself in order to avoid the appearance of impropriety.

    SO ORDERED.

Dated: February 14, 2025
       New York, New York

                                                               ANALISA TORRES
                                                   United States District Judge