UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:
:
ANDAV CAPITAL, NISHA DESAI,                :
:
            Plaintiffs,          :
:
vs.                                        :  Case No. 1:25-cv-00033-JMF
:
PAYPAL HOLDINGS, INC., PAYPAL              :
VENTURES,                                  :
:
            Defendants.          :
:
:
:
------------------------------------------------------------x

## NOTICE OF APPEARANCE

The undersigned respectfully enters her appearance as counsel of record for Defendants PayPal Holdings, Inc. and PayPal Ventures and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of PayPal Holdings, Inc. and PayPal Ventures. The undersigned is a member of the bar of this Court in good standing.

Dated:  February 20, 2025          Respectfully submitted,

                                            By: */s/ Mylan L. Denerstein*
                                                Mylan L. Denerstein
                                                GIBSON, DUNN & CRUTCHER LLP
                                                200 Park Avenue
                                                New York, NY 10166-0193
                                                (212) 351-3850
                                                mdenerstein@gibsondunn.com

                                                *Attorney for Defendants PayPal Holdings, Inc.*
                                                *and PayPal Ventures*