UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANDAV CAPITAL, NISHA DESAI, | X : : : |
| Plaintiffs, | : Case No. 1:25-cv-00033-JMF |
| vs. | : : |
| PAYPAL HOLDINGS, INC., PAYPAL VENTURES, | : : : |
| Defendants. | : : X |

---

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants PayPal Holdings, Inc. and PayPal Ventures disclose the following:

1. PayPal Holdings, Inc. has no parent corporation, and no stockholder owns more than 10% of PayPal's shares.

2. It is unclear what corporate entity Plaintiffs refer to in the Complaint as PayPal Ventures. To the extent Plaintiffs intended to name PayPal Ventures, LLC, PayPal Ventures, LLC is a wholly owned subsidiary of PayPal Holdings, Inc.

Dated: April 16, 2025                                   Respectfully submitted,

By: */s/ Mylan L. Denerstein*
     Mylan L. Denerstein
     GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
     New York, NY 10166-0193
     (212) 351-3850
     mdenerstein@gibsondunn.com

     Jason C. Schwartz (*pro hac vice pending*)
     GIBSON, DUNN & CRUTCHER LLP
     1700 M Street N.W.
     Washington, D.C. 20036-4504
     (202) 955-8242
     jschwartz@gibsondunn.com

     Gregg J. Costa (*pro hac vice pending*)
     GIBSON, DUNN & CRUTCHER LLP
     811 Main Street, Suite 300
     Houston, TX 77002-6117
     (346) 718-6649
     gcosta@gibsondunn.com

     *Attorneys for Defendants PayPal Holdings, Inc. and PayPal Ventures*