UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | |
|---|---|
| ANDAV CAPITAL, NISHA DESAI, | |
| Plaintiffs, | Case No. 1:25-cv-00033-JMF |
| vs. | |
| PAYPAL HOLDINGS, INC., PAYPAL VENTURES, | |
| Defendants. | |

-------------------------------------------------------

## NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

PLEASE TAKE NOTICE that Defendants PayPal Holdings, Inc. and PayPal Ventures (collectively, the "Defendants"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), move this Court for an order dismissing the claims against them with prejudice for lack of standing, or for failure to state a claim under Section 1981, Title VI of the Civil Rights Act of 1964, the New York State Human Rights Law ("NYSHRL"), or the New York City Human Rights Law ("NYCHRL"), among other reasons. In support of their Motion, Defendants will rely upon Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Complaint, dated April 16, 2025, and on the prior pleadings and proceedings in this case.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request that oral argument on this motion be held on a date and at a time designated by the Court.

Dated: April 16, 2025                    Respectfully submitted,


By: */s/ Mylan L. Denerstein*
    Mylan L. Denerstein
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166-0193
    (212) 351-3850
    mdenerstein@gibsondunn.com

    Jason C. Schwartz (*pro hac vice pending*)
    GIBSON, DUNN & CRUTCHER LLP
    1700 M Street N.W.
    Washington, D.C. 20036-4504
    (202) 955-8242
    jschwartz@gibsondunn.com

    Gregg J. Costa (*pro hac vice pending*)
    GIBSON, DUNN & CRUTCHER LLP
    811 Main Street, Suite 300
    Houston, TX 77002-6117
    (346) 718-6649
    gcosta@gibsondunn.com

    *Attorneys for Defendants PayPal Holdings, Inc. and PayPal Ventures*