# EXHIBIT B

DocuSign Envelope ID: 551A2191-4C7B-464A-84DD-6C0835AB9F01

# TOLLING AGREEMENT

This Tolling Agreement (the "Agreement") is entered into on May 22, 2024, between Nisha Desai and Andav Capital LLC and its affiliates (collectively, "Desai") on one hand, and, on the other hand, PayPal, Inc., and its subsidiaries and affiliates (collectively, "PayPal") associated with PayPal's program of "$535 million…pledged toward advancing racial economic equity" ("the Program").[1] This Agreement encompasses all potential claims arising from or related to the allegations raised in Desai's May 13, 2024 letter to PayPal, which is incorporated by reference into this Agreement.

**WHEREAS,** Desai informed PayPal on May 13, 2024 that she intends to pursue state and federal claims (including civil rights claims) against PayPal for its alleged racially discriminatory practices in considering and awarding funds through the Program;

**WHEREAS**, Desai intended to file suit no later than May 23, 2024, against PayPal on the basis of these claims;

**WHEREAS,** PayPal wishes to extend the period of time to consider Desai's claims before Desai initiates suit;

**WHEREAS,** Desai and PayPal wish to explore the possibility of resolving this dispute on a pre-suit basis; and

**WHEREAS,** Desai and PayPal wish to provide that time without prejudice to any limitations period that might otherwise apply to any claims, local, state or federal, that Ms. Desai wishes to raise;

The undersigned parties hereby freely agree, for consideration, to the following terms of this Tolling Agreement:

1. The undersigned parties represent that they have the authority to execute this agreement on behalf of themselves and their subsidiaries and affiliates;

2. In the event Desai proceeds to litigate her claims against PayPal based on the Program, PayPal shall not raise any defense based on the statute of limitations, laches, or other doctrine based on delay that relies in any part on the period of time between the execution of this Agreement and the following 60 days, plus any other extension of this Tolling Agreement the parties agree to in writing hereafter;

3. PayPal agrees that it intends no prejudice to Ms. Desai's claims for the period covered by this Tolling Agreement, and that she should have the same rights to assert and pursue her claims in litigation as if they had been filed on May 22, 2024;

---

[1] *See* Press Release, *Progress on Our Commitment to Racial Equity and Social Justice* (June 11, 2021), https://perma.cc/P4WC-ZT7V.

4. Desai and PayPal agree that this Tolling Agreement is deemed effective as to all local, state, and federal claims and satisfies the requirements of tolling such claims (including, but not limited to, N.Y. Gen. Oblig. Law 17-103);

5. In exchange for the 60-day period set forth above, Desai agrees not to assert her claims until the expiration of this Agreement, and both parties agree not to initiate any public proceedings or to otherwise publicly disclose Desai's claims against PayPal during the 60-day tolling period;

6. The parties agree that this Agreement shall remain confidential except as necessary to effectuate the terms of this Agreement.

7. The parties agree to use the 60-day period to explore in good faith the possibility of resolving Desai's claims on a pre-suit basis;

8. This Agreement shall not be terminated by either party before the end of the 60-day period.

9. Beyond the 60-day tolling period provided herein, nothing in this agreement shall constitute an acknowledgement by Desai or PayPal as to the underlying validity of any claims or defenses that each may raise against the other in future proceedings;

10. This Tolling Agreement shall be governed by New York law;

11. Each party represents that they had the ability and opportunity to consult with counsel before entering into this Agreement;

12. This Agreement hereby integrates and replaces any prior discussions between the parties regarding the subject of tolling Desai's claims concerning the Program;

13. Any extensions of this Agreement shall be effective only if in writing;

14. This Agreement may be executed in counterparts.

Agreed to on this 22 day of May, 2024.

*Nisha H. Desai* (signature)
Nisha Desai, on behalf of herself and
Andav Capital LLC and its affiliates.

*James Lindfelt* (DocuSigned)    5/23/2024
James Lindfelt, on behalf of PayPal, Inc.,
and its subsidiaries and affiliates
associated with the Program

2

**EXTENDED TOLLING AGREEMENT**

The Tolling Agreement entered into between Nisha Desai and Andav Capital LLC (collectively, "Desai") on one hand, and, on the other hand, PayPal Holdings, Inc., PayPal Ventures, and all PayPal subsidiaries and affiliates (collectively, "PayPal") on May 22, 2024, is hereby modified to extend the tolling period in paragraph 2 an additional 31 days, to August 22, 2024. No other provision is modified by this extension

Agreed to on this 17 day of July, 2024.

_____
Nisha Desai, on behalf of herself and
Andav Capital LLC.


_____
James Lindfelt, on behalf of PayPal
Holdings, Inc., PayPal Ventures, and other
PayPal affiliates associated with the Program.

# EXTENDED TOLLING AGREEMENT

The Tolling Agreement entered into between Nisha Desai, Andav Capital LLC, and affiliates (collectively, "Desai") on one hand, and, on the other hand, PayPal Holdings, Inc., PayPal Ventures, and all PayPal subsidiaries and affiliates (collectively, "PayPal") on May 22, 2024, and extended by agreement on July 17, 2024 to August 22, 2024, is hereby modified to extend the tolling period in paragraph 2 of the Tolling Agreement an additional 60 days, to October 21, 2024. No other provision is modified by this extension

Agreed to on this 16th day of August, 2024.

_____
Nisha Desai, on behalf of herself and
Andav Capital LLC and affiliates.


_____
James Lindfelt, on behalf of PayPal
Holdings, Inc., PayPal Ventures, and other
PayPal affiliates associated with the Program.

# EXTENDED TOLLING AGREEMENT

The Tolling Agreement entered into between Nisha Desai, Andav Capital LLC, and affiliates (collectively, "Desai") on one hand, and, on the other hand, PayPal Holdings, Inc., PayPal Ventures, and all PayPal subsidiaries and affiliates (collectively, "PayPal") on May 22, 2024, and extended by prior agreement on July 17, 2024, and August 16, 2024, is further extended from October 21, 2024 to January 3, 2025. No other provision is modified by this extension.

Agreed to on this 28th day of October 2024.

_____
Nisha Desai, on behalf of herself and
Andav Capital LLC and affiliates.


_____
James Lindfelt, on behalf of PayPal
Holdings, Inc., PayPal Ventures, and other
PayPal affiliates associated with the Program.