UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NISA DESAI and ANDAV CAPITAL,                                        :
:
                    Plaintiffs,                       :      25-CV-33 (JMF)
:
          -v-                                                      :      <u>ORDER</u>
:
PAYPAL HOLDINGS, INC. and PAYPAL VENTURES,                           :
:
                    Defendants.                       :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* Docket No. 38, Defendants' earlier motion to dismiss filed at Docket No. 31 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **June 11, 2025**. Defendants' reply, if any, is due by **June 18, 2025**.

       The Clerk of Court is directed to terminate Docket No. 31.

       SO ORDERED.

Dated: May 29, 2025
       New York, New York
                                                      JESSE M. FURMAN
                                         United States District Judge