

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

July 2, 2025

**By ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Andav Capital et al. v. PayPal Holdings, Inc., et al.*, No. 25 Civ. 00033 (JMF)

Dear Judge Furman:

Plaintiffs Andav Capital and Nisha Desai respectfully request a seven-day extension of time to file their opposition brief to Defendants' motion to dismiss. Currently, Plaintiffs' opposition is due on July 11. *See* Doc.43. If the Court grants Plaintiffs' extension motion, they will file their opposition on July 18. Plaintiffs have previously requested one extension. Defendants consent to Plaintiffs' current request.

Good cause exists for a seven-day extension. The attorneys responsible for Plaintiffs' opposition have had several competing obligations emerge since the last extension. Cameron Norris, for example, has had time-sensitive discovery disputes in two matters, dispositive motions practice in another matter, and intensive settlement negotiations in three matters. Andav's other lead attorney, Patrick Strawbridge, must present oral argument in *Alex Titcomb v. Maine Sec'y of State*, No. 25-284 (Me. Sup. Jud. Ct.) on July 8. There are no upcoming appearances or other deadlines in this case.

Respectfully submitted,

*/s/ Daniel M. Vitagliano*
Counsel for Plaintiffs
dvitagliano@consovoymccarthy.com

Application GRANTED.  Defendants' reply, if any, shall be filed by **July 25, 2025**.  The Clerk of Court is directed to terminate ECF No. 44.

SO ORDERED.

July 2, 2025