**GIBSON DUNN**

Mylan L. Denerstein
Partner
T: +1 212.351.3850
F: +1 212.351.6350
mdenerstein@gibsondunn.com

July 8, 2025

<u>VIA CM/ECF</u>

The Honorable Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Andav Capital and Nisha Desai v. PayPal Holdings, Inc. and PayPal Ventures, No. 1:25-cv-00033</u>

Dear Judge Furman:

I write on behalf of Defendants PayPal Holdings, Inc. and PayPal Ventures to request an extension of Defendants' deadline to file their reply in support of their motion to dismiss Plaintiffs' amended complaint.  *See* Dkts. 38–39.

Plaintiffs' opposition to Defendants' motion was originally due by June 11, 2025, with Defendants' reply due by June 18, 2025. Dkt. 41.  Plaintiffs requested a 30-day extension of their opposition deadline, which Defendants did not oppose. Dkt. 42.  The Court granted Plaintiffs' request and ordered Defendants to file their reply by July 18, 2025. Dkt. 43.  Plaintiffs subsequently requested an additional seven-day extension to file their opposition, which Defendants did not oppose. Dkt. 44.  The Court granted Plaintiffs' request for a seven-day extension and set Defendants' deadline to file their reply to July 25, 2025. Dkt. 45.  To provide adequate time to respond to Plaintiffs' forthcoming opposition brief, Defendants respectfully request that the Court extend the July 25 deadline to file their reply by seven days (until August 1, 2025).

Defendants have not previously requested any extension of this filing deadline, and Plaintiffs do not oppose the requested extension.  There are no upcoming appearances or other deadlines in this matter.

**Gibson, Dunn & Crutcher LLP**
200 Park Avenue  |  New York, NY 10166-0193  |  T: 212.351.4000  |  F: 212.351.4035  |  gibsondunn.com

Respectfully submitted,

*/s/ Mylan L. Denerstein*
Mylan L. Denerstein
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-3850
mdenerstein@gibsondunn.com

Jason C. Schwartz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036-4504
(202) 955-8242
jschwartz@gibsondunn.com

Gregg J. Costa (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 300
Houston, TX 77002-6117
(346) 718-6649
gcosta@gibsondunn.com

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 46.

SO ORDERED

*[signature]*

July 9, 2025

cc:    All Counsel of Record (via CM/ECF)