UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                         :
                                                         :
                                                         :
                                                         :
ANDAV CAPITAL, NISHA DESAI,                              :
                                                         :
           Plaintiffs,                                   :
                                                         :
     vs.                                                 :   Case No. 1:25-cv-00033-JMF
                                                         :
PAYPAL HOLDINGS, INC., PAYPAL                            :
VENTURES,                                                :
                                                         :
           Defendants.                                   :
                                                         :
                                                         :
                                                         :
---------------------------------------------------------x

## **DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants PayPal Holdings, Inc. and PayPal Ventures (collectively, "PayPal"), by and through their undersigned counsel, respectfully submit this Answer to Plaintiffs' Amended Complaint (the "Complaint").

## GENERAL DENIAL

Except as otherwise expressly recognized herein, PayPal denies each and every allegation contained in the Complaint, including, without limitation, any allegations contained in the headings or subheadings of the Complaint, or any allegations relating to claims that have been dismissed, and further denies that Plaintiffs have been damaged in the manner or sums alleged, or are entitled to any relief whatsoever, or at all.  PayPal expressly reserves the right to seek to amend and/or supplement its Answer and affirmative defenses as may be necessary.

## ANSWER TO SPECIFIC ALLEGATIONS IN PLAINTIFFS' AMENDED COMPLAINT

1.      Paragraph 1 contains conclusions of law to which no response is required.  To the extent that Paragraph 1 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

2.      Paragraph 2 contains conclusions of law to which no response is required.  To the extent that Paragraph 2 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

3.      Paragraph 3 contains conclusions of law to which no response is required.  To the extent that Paragraph 3 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

4.      PayPal denies the allegations in Paragraph 4.  Paragraph 4 also contains conclusions of law to which no response is required.

5.      PayPal admits that Ms. Desai is an American woman and a U.S. citizen and that Andav Capital is a venture capital firm.   PayPal lacks knowledge or information sufficient to form

1

a belief as to the citizenship status of Ms. Desai's parents; the circumstances of Ms. Desai's birth and childhood; and whether Ms. Desai founded and runs Andav Capital and, on this basis, denies those allegations. PayPal denies the remaining allegations in Paragraph 5. Paragraph 5 also contains conclusions of law to which no response is required.

6.    PayPal lacks knowledge or information sufficient to form a belief as to how emerging venture firms leveraged investments they received from the Economic Opportunity Fund and therefore denies these allegations. PayPal denies the remaining allegations in Paragraph 6. Paragraph 6 also contains conclusions of law to which no response is required.

7.    PayPal lacks knowledge or information sufficient to form a belief as to how venture firms leveraged investments they received from the Economic Opportunity Fund; what consequences were faced by funds that did not receive investments; and whether it was the first "major or institutional investor" in any fund and therefore denies these allegations. PayPal denies the remaining allegations in Paragraph 7.

8.    PayPal denies the allegations in Paragraph 8. Paragraph 8 also contains conclusions of law to which no response is required.

9.    Plaintiffs' Equal Credit Opportunity Act ("ECOA") claim has been dismissed. PayPal therefore denies the allegations in Paragraph 9.

10.    PayPal denies the allegations in Paragraph 10. Paragraph 10 also contains conclusions of law to which no response is required.

## PARTIES

11.    PayPal admits the allegations in Paragraph 11.

12.    PayPal admits Ms. Desai is a United States citizen and Asian-American woman. PayPal lacks knowledge or information sufficient to form a belief as to the remaining allegations asserted in Paragraph 12 and, on this basis, denies these allegations.

13.     PayPal admits the allegations in Paragraph 13.

14.     PayPal denies that PayPal Ventures was a corporate entity or affiliate separate and apart from PayPal Holdings, Inc. during the relevant time period, but otherwise admits the allegations in Paragraph 14.

15.     PayPal denies that PayPal Ventures was a corporate entity or affiliate separate and apart from PayPal Holdings, Inc. during the relevant time period, but otherwise admits the allegations in Paragraph 15.

16.     The allegations in Paragraph 16 contain conclusions of law to which no response is required.  To the extent that a response is required, PayPal denies the allegations in Paragraph 16.

## JURISDICTION AND VENUE

17.     Paragraph 17 contains conclusions of law to which no response is required.

18.     Paragraph 18 contains conclusions of law to which no response is required.

## FACTUAL ALLEGATIONS

19.     PayPal admits that its June 11, 2020, press release titled "PayPal Announces $530 Million Commitment to Support Black Businesses, Strengthen Minority Communities and Fight Economic Inequality" stated the following: "[PayPal] today announced a $530 million commitment to support Black and minority-owned businesses and communities in the U.S., especially those hardest hit by the pandemic, to help address economic inequality."

20.     PayPal admits that its June 11, 2020, press release titled "PayPal Announces $530 Million Commitment to Support Black Businesses, Strengthen Minority Communities and Fight Economic Inequality" included the following: "$500 million commitment to create an economic opportunity fund to support and strengthen Black and underrepresented minority businesses and communities over the long term, and designed to help drive financial health, access and generational wealth creation. This initiative will include bolstering the company's relationships

with community banks and credit unions serving underrepresented minority communities, as well as investing directly into Black and minority-led startups and minority-focused investment funds." PayPal further admits that, in a July 2021 podcast, its then-CEO Dan Schulman stated, "We established a $500 million fund to invest in Black and minority entrepreneurs, Black and minority-owned businesses, Black and minority-owned investment funds, as well as putting money into community banks that support communities that are predominantly Black or minority."

21.    PayPal admits that its June 11, 2020, press release titled "PayPal Announces $530 Million Commitment to Support Black Businesses, Strengthen Minority Communities and Fight Economic Inequality" stated the following: "Startups and investment funds are invited to express interest to the PayPal Ventures team."

22.    PayPal denies that Ms. Desai and Andav Capital "appeared to be ideal candidates" for its Economic Opportunity Fund.  PayPal lacks knowledge or information sufficient to form a belief as to the remaining factual allegations in Paragraph 22, and on this basis, denies the allegations asserted in this paragraph.

23.    PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 23, and on this basis, denies the allegations asserted in this paragraph.

24.    PayPal admits that Ms. Desai is an American woman, a woman of color, and an Asian American.  PayPal lacks knowledge or information sufficient to form a belief as to the remaining factual allegations in Paragraph 24, and on this basis, denies the remaining allegations asserted in this paragraph.

25.    PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 25, and on this basis, denies the allegations asserted in this paragraph.

26.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 26, and on this basis, denies the allegations asserted in this paragraph.

27.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 27, and on this basis, denies the allegations asserted in this paragraph.

28.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 28, and on this basis, denies the allegations asserted in this paragraph.

29.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 29, and on this basis, denies the allegations asserted in this paragraph.

30.     PayPal denies that Ms. Desai "personified PayPal and PayPal Ventures' stated goals" and that she was "well-positioned to deploy PayPal's capital."  PayPal lacks knowledge or information sufficient to form a belief as to the remaining factual allegations in Paragraph 30, and on this basis, denies the allegations asserted in this paragraph.

31.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 31, and on this basis, denies the allegations asserted in this paragraph.

32.     PayPal admits that Ms. Desai sent Patrick Dowd, the former Head of Brand Innovation at PayPal, an invitation to a Zoom meeting on June 11, 2020.  PayPal lacks knowledge or information sufficient to form a belief as to the remaining factual allegations in Paragraph 32, and on this basis, denies the remaining allegations asserted in this paragraph.

33.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 33, and on this basis, denies the allegations asserted in this paragraph.

34.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 34, and on this basis, denies the allegations asserted in this paragraph.

35.    PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 35, and on this basis, denies the allegations asserted in this paragraph.

36.    PayPal admits that on or before June 15, 2020, Ms. Desai contacted Jay Ganatra, former Director of PayPal Ventures, to discuss whether Andav was an appropriate fit for PayPal's Economic Opportunity Fund.   PayPal denies any remaining factual allegations asserted in Paragraph 36.

37.    PayPal admits that Ms. Desai sent Mr. Ganatra information regarding Andav Capital on June 15, 2020.

38.    PayPal denies the allegations in Paragraph 38.

39.    PayPal admits that Ms. Desai provided PayPal with information about Andav that she described as confidential, including her investment thesis, biography, and some limited details about her strategy, performance, track record, capital markets views, and portfolio company information.   PayPal denies that Ms. Desai provided it with a portfolio summary or the names of the portfolio companies in which Andav invested and denies any remaining allegations in Paragraph 39.

40.    PayPal lacks knowledge or information sufficient to form a belief as to whether Ms. Desai reached out to Usman Ahmed or the date on which that occurred and therefore denies these allegations.  PayPal admits Mr. Ahmed has a J.D. and teaches at a law school.  PayPal denies the remaining allegations in Paragraph 40 of the Complaint.

41.    PayPal admits that Ms. Desai spoke with Mr. Ahmed on July 24, 2020.  PayPal further admits that Mr. Ahmed discussed process and policies relating to PayPal's Economic Opportunity Fund.  Finally, PayPal admits that Ms. Desai likely told Mr. Ahmed that, as an Asian

American woman, she would be a good fit for an investment from the Economic Opportunity Fund. PayPal denies the remaining allegations in Paragraph 41.

42.    PayPal denies the allegations in Paragraph 42.

43.    PayPal denies the allegations in Paragraph 43.

44.    PayPal admits that, on July 25, 2020, Ms. Desai sent Mr. Ahmed the information she had previously sent Mr. Ganatra and Mario Ruiz regarding Andav Capital, as well as what she described as "excerpts and a summary of the most salient reports for I) the challenges of underrepresented [Minority and Women-Owned Business Enterprise] fund managers and II) the 'market-building' role and treble effect of catalytic capital LPs, like Paypal's opportunity fund." PayPal denies any remaining allegations in Paragraph 44.

45.    PayPal admits that, on July 26, 2020, Mr. Ahmed responded, "Thanks Nisha.  Have reached out to Mario and Jay.  Will let you know what I hear back."  PayPal denies any remaining allegations in Paragraph 45.

46.    PayPal denies the allegations in Paragraph 46.

47.    PayPal admits that its October 28, 2020, press release titled "PayPal Invests $50 Million in Black and Latinx-Led Venture Capital Funds" announced that PayPal "will invest $50 million in eight early-stage, Black and Latinx-led venture capital funds."  PayPal denies the remaining allegations in Paragraph 47.

48.    PayPal admits that its former CEO Dan Schulman posted the following statement on LinkedIn: "Today PayPal is investing $50 million in eight Black and Latinx-led, early-stage venture capital funds as part of our ongoing $530 million commitment to fight racial economic inequality and bridge the racial wealth gap."  PayPal denies the remaining allegations in Paragraph 48.

49.     PayPal admits that its October 28, 2020, press release titled "PayPal Invests $50 Million in Black and Latinx-Led Venture Capital Funds" stated the following:  "PayPal will also begin offering a three-month fellowship to a Black or Latinx graduate student each semester, through which the PayPal Ventures team will provide coaching, training and mentoring."  PayPal denies the remaining allegations in Paragraph 49.

50.     PayPal admits that the eight venture capital funds that received investments from its Economic Opportunity Fund in October 2020 had at least one general partner who was Black or Latinx.  PayPal denies the remaining allegations in Paragraph 50.  Paragraph 50 also contains conclusions of law to which no response is required.

51.     PayPal admits that its October 28, 2020, press release titled "PayPal Invests $50 Million in Black and Latinx-Led Venture Capital Funds" stated the following:  "PayPal Ventures invests in series A through later funding rounds of startups in areas of strategic relevance to PayPal, including financial services, commerce enablement and payments infrastructure."  PayPal lacks knowledge or information sufficient to form a belief as to the remaining factual allegations in Paragraph 51, and on this basis, denies the remaining allegations asserted in this paragraph.

52.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 52, and on this basis, denies the allegations asserted in this paragraph.

53.     PayPal lacks knowledge or information sufficient to form a belief as to whether Ms. Desai was "hopeful."  PayPal denies the remaining allegations in Paragraph 53.

54.     PayPal lacks knowledge or information sufficient to form a belief as to whether Ms. Desai was "hopeful."  PayPal denies the remaining allegations in Paragraph 54.

55.     PayPal admits that its May 26, 2021 press release titled "PayPal Invests Additional $50 Million in Black and Latinx-Led Venture Capital Funds as Part of $535 Million Commitment"

announced that PayPal "will invest an additional $50 million in 11 Black- and Latinx-led early-stage venture capital funds" and "build upon the $50 million investment by PayPal in eight Black and Latinx-led early-stage venture capital funds announced in October 2020."

56.     PayPal admits that its May 26, 2021 press release titled "PayPal Invests Additional $50 Million in Black and Latinx-Led Venture Capital Funds as Part of $535 Million Commitment" included a quote from its former CEO Dan Schulman stating, "Venture capital funds led by Black and Latinx managers expand wealth creation opportunities for diverse founders."  PayPal also admits that former CEO Dan Schulman posted the following statement on LinkedIn: "PayPal is proud to announce that we will invest an additional $50 million in 11 Black- and Latinx-led early-stage venture capital funds."  PayPal denies the remaining allegations in Paragraph 56.

57.     PayPal admits that the 11 venture capital funds that received investments from its Economic Opportunity Fund in May 2021 had at least one general partner who was Black or Latinx. PayPal denies the remaining allegations in Paragraph 57.

58.     PayPal denies the allegations in Paragraph 58.

59.     PayPal admits that an anonymous PayPal spokesman was quoted in the May 27, 2021 article "PayPal Invests $50M More in Black, Latinx Funds," which is available on the website "Payments Dive," as saying, "Our ventures team met with more than 200 funds over the past year and ultimately evaluated them based on a mix of historical investment performance, diversity (race, gender, and geography), and alignment with PayPal's commitment to address the racial wealth gap."  PayPal denies the remaining allegations in Paragraph 59.

60.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 60, and on this basis, denies the allegations asserted in this paragraph.

61.     PayPal admits that on November 8, 2024, Economic Opportunity Fund Manager Lisha Bell said in an interview available at the link cited in the Complaint that she "lead[s] the Economic Opportunity Fund that invests in first-time diverse GPs and funds" and has "a portfolio of over 20 Black and brown-led funds."  PayPal denies the remaining allegations in Paragraph 61.

62.     PayPal denies the allegations in Paragraph 62.

63.     PayPal admits that it invested approximately $100 million in nineteen venture capital firms led by one or more Black and Latinx managers as part of the Economic Opportunity Fund.  PayPal denies the remaining allegations in Paragraph 63.

64.     PayPal denies the allegations in Paragraph 64.

65.     PayPal denies the allegations in Paragraph 65.

66.     PayPal denies the allegations in Paragraph 66.

67.     PayPal denies the allegations in Paragraph 67.

68.     PayPal denies that all 19 of the venture capital firms that received investments from the Economic Opportunity Fund were "emerging" and further denies that they collectively had at least 38 general partners.  PayPal admits that the carefully-constructed calculations in Subparagraphs (a)-(d) of Paragraph 68 are technically accurate.

69.     PayPal denies the allegations in Paragraph 69.

70.     PayPal admits that it invested approximately $100 million in nineteen venture capital firms led by one or more Black and Latinx managers as part of the Economic Opportunity Fund.  PayPal lacks information sufficient to form a belief as to whether multiple emerging Asian-American women fund managers sought investments from the Economic Opportunity Fund and therefore denies these allegations.

71.    Plaintiffs' ECOA and New York State Human Rights Law ("NYSHRL") credit discrimination claims have been dismissed.  PayPal therefore denies the allegations in Paragraph 71.

72.    Plaintiffs' ECOA and NYSHRL credit discrimination claims have been dismissed. PayPal therefore denies the allegations in Paragraph 72.

73.    Plaintiffs' ECOA and NYSHRL credit discrimination claims have been dismissed. PayPal therefore denies the allegations in Paragraph 73.

74.    Plaintiffs' ECOA and NYSHRL credit discrimination claims have been dismissed. PayPal therefore denies the allegations in Paragraph 74.

75.    Plaintiffs' ECOA and NYSHRL credit discrimination claims have been dismissed. PayPal therefore denies the allegations in Paragraph 75.

76.    Plaintiffs' ECOA and NYSHRL credit discrimination claims have been dismissed. PayPal therefore denies the allegations in Paragraph 76.

77.    Plaintiffs' ECOA and NYSHRL credit discrimination claims have been dismissed. PayPal therefore denies the allegations in Paragraph 77.

78.    PayPal admits that the "About PayPal Ventures" website states the following: "A seasoned team of specialists across PayPal, with years of relevant experience, will be at your fingertips to help navigate payments, credit and other product choices, technical decisions, regulatory complexity, and how to scale your business into new sectors and markets."

79.    Plaintiffs' ECOA and NYSHRL credit discrimination claims have been dismissed. PayPal therefore denies the allegations in Paragraph 79.

80.    PayPal admits that its May 26, 2021, press release titled "PayPal Invests Additional $50 Million in Black and Latinx-Led Venture Capital Funds as Part of $535 Million Commitment"

states the following: "PayPal will work collaboratively with these early-stage funds to provide resources, relationships and deep industry expertise."

81.     PayPal admits that its October 28, 2020, press release titled "PayPal Invests $50 Million in Black and Latinx-Led Venture Capital Funds" contained a quote from the founding partner of Precursor Ventures that, "the PayPal team can bring unique counsel and expertise to these companies [that receive funding at the seed-stage] as they grow."  PayPal further admits that its May 26, 2021, press release titled "PayPal Invests Additional $50 Million in Black and Latinx-Led Venture Capital Funds as Part of $535 Million Commitment" contained a quote from the founding partner of Aperture Venture Capital that "Aperture's portfolio companies will greatly benefit from PayPal's engagement, capabilities, and resources."  PayPal denies any remaining allegations in Paragraph 81.

82.     PayPal denies the allegations in Paragraph 82.

83.     PayPal lacks knowledge or information sufficient to form a belief as to how emerging venture firms leveraged investments they received from the Economic Opportunity Fund and therefore denies these allegations.  PayPal denies the remaining allegations in Paragraph 83. Paragraph 83 also contains conclusions of law to which no response is required.

84.     PayPal denies the allegations in Paragraph 84.

85.     PayPal admits that Lisha Bell said the quoted language during an October 2, 2024, interview.  PayPal denies the remaining allegations in Paragraph 85.

86.     PayPal admits that in October 2021, it published a white paper titled "The Potential of Corporate Venture Capital in Narrowing the Racial Wealth Gap" on its website, which was authored by Alfonso Villanueva, Ivy Lau, Jay Ganatra, Jeremy Jonker, Mario Ruiz, Peter Sanborn, and Usman Ahmed [hereinafter, the "October 2021 White Paper"].  At the time of writing, Alfonso

Villanueva, Jeremy Jonker, Peter Sanborn, Jay Ganatra, and Mario Ruiz were part of the PayPal Ventures team; Ivy Lau and Usman Ahmed were part of PayPal's Global Public Policy and Research team. PayPal further admits that the October 2021 White Paper stated, "BIPOC communities have been systemically excluded from previous government social programs and so it makes sound policy sense to reverse those inequities by launching and scaling policy solutions that explicitly work to rebalance the scales. That means not merely programs targeted at inequality or low-income populations, but rather with a specifically focused racial lens." PayPal denies the remaining allegations in Paragraph 86.

87.    PayPal admits that the October 2021 White Paper stated, "The gaps that exist after CVCs increase their investment in BIPOC VCs – lack of founders for BIPOC VCs to invest in or lack of BIPOC VCs – will reveal the dependencies and pathways to unlock further direction for strategy adjustments. For example, if BIPOC VCs start to turn their attention to non-diverse businesses because returns are greater, then we may be repeating the existing dynamics and new ways of capital deployment may need to be experimented with." PayPal denies any remaining allegations in Paragraph 87.

88.    PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 88, and on this basis, denies the allegations asserted in this paragraph.

89.    PayPal admits that the October 2021 White Paper contains the language quoted in Paragraph 89. PayPal further admits that, in her July 2020 correspondence with Mr. Ahmed, Ms. Desai discussed the potential "halo effect" of "seed and anchor capital" from foundations and endowments for "underrepresented emerging manager GPs . . . [with] investment theses involving underrepresented founders."

90.     PayPal admits that the October 2021 White Paper stated, "Better capitalized VC firms will also be able to raise more money from other institutional investors, endowments, and high net worth individuals, which will create a catalytic effect for entrepreneurs."

91.     PayPal admits that Lisha Bell said the quoted language during an October 2, 2024, interview.  PayPal denies any remaining allegations in Paragraph 91.

92.     PayPal lacks knowledge or information sufficient to form a belief as to the factual allegations in Paragraph 92, and on this basis, denies the allegations asserted in this paragraph.

93.     PayPal denies the allegations in Paragraph 93.  Paragraph 93 also contains conclusions of law to which no response is required.

94.     PayPal denies the allegations in Paragraph 94.  Paragraph 94 also contains conclusions of law to which no response is required.

95.     PayPal admits the October 2021 White Paper contains the language quoted in Paragraph 95.  PayPal lacks knowledge or information sufficient to form a belief as to the quotes attributed to Lisha Bell in Paragraph 95, and on this basis, denies the allegations asserted in this paragraph.  PayPal denies the remaining allegations in Paragraph 95.

96.     PayPal admits Lisha Bell said "this opportunity came, and we went to our execs, we went to the CEO, we went to the board, and said this is what we want" during an October 2, 2024, interview. PayPal lacks knowledge or information sufficient to form a belief as to the remaining quotes attributed to Lisha Bell in Paragraph 96, and on this basis, denies those allegations.  PayPal denies the remaining allegations in Paragraph 96.

## CLAIMS FOR RELIEF

### COUNT I
### Violation of the Civil Rights Act of 1866
### 42 U.S.C. §1981

97.    PayPal repeats and incorporates by reference each and every denial, admission, and averment set forth in Paragraphs 1 through 96 above as though fully set forth herein.

98.    Paragraph 98 contains conclusions of law to which no response is required.  To the extent that Paragraph 98 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

99.    Paragraph 99 contains conclusions of law to which no response is required.  To the extent that Paragraph 99 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

100.    Paragraph 100 contains conclusions of law to which no response is required.  To the extent that Paragraph 100 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

101.    Paragraph 101 contains conclusions of law to which no response is required.  To the extent that Paragraph 101 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

102.    PayPal denies the allegations in Paragraph 102.  Paragraph 102 also contains conclusions of law to which no response is required.

103.    PayPal admits that it entered into contracts with the 19 venture capital firms that received investments from the Economic Opportunity Fund.  PayPal denies any remaining allegations in Paragraph 103.  Paragraph 103 also contains conclusions of law to which no response is required.

104.    PayPal admits that its October 28, 2020, press release titled "PayPal Invests $50 Million in Black and Latinx-Led Venture Capital Funds" stated that "PayPal will work collaboratively with these early-stage funds [that received investments from the Economic Opportunity Fund] and, in some cases, invest directly in businesses through PayPal Ventures, its venture capital arm." PayPal further admits that it entered into contracts with the 19 venture capital firms that received investments from the Economic Opportunity Fund, and that the firms have certain legal obligations under those contracts. PayPal denies the remaining allegations in Paragraph 104.

105.    PayPal admits that it entered into contracts with the 19 venture capital firms that received investments from the Economic Opportunity Fund, which give PayPal the rights to certain information and financial reporting, as well as investment returns, in accordance with the terms of each respective contract. PayPal denies the remaining allegations in Paragraph 105.

106.    PayPal denies the allegations in Paragraph 106. Paragraph 106 also contains conclusions of law to which no response is required.

107.    Paragraph 107 contains conclusions of law to which no response is required. To the extent that Paragraph 107 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

108.    PayPal denies the allegations in Paragraph 108. Paragraph 108 also contains conclusions of law to which no response is required.

109.    PayPal denies the allegations in Paragraph 109. Paragraph 109 also contains conclusions of law to which no response is required.

110.    Paragraph 110 contains conclusions of law to which no response is required. To the extent that Paragraph 110 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

111.    Paragraph 111 contains conclusions of law to which no response is required. To the extent that Paragraph 111 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

112.    Paragraph 112 contains conclusions of law to which no response is required. To the extent that Paragraph 112 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

113.    PayPal denies the allegations in Paragraph 113. Paragraph 113 also contains conclusions of law to which no response is required.

114.    Paragraph 114 contains conclusions of law to which no response is required. To the extent that Paragraph 114 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

## COUNT II
### Violation of Equal Credit Opportunity Act (ECOA)
### 15 U.S.C. §1691 *et seq.*

115.    Plaintiffs' ECOA claim has been dismissed. PayPal therefore denies the allegations in Paragraph 115.

116.    Plaintiffs' ECOA claim has been dismissed. PayPal therefore denies the allegations in Paragraph 116.

117.    Plaintiffs' ECOA claim has been dismissed. PayPal therefore denies the allegations in Paragraph 117.

118.    Plaintiffs' ECOA claim has been dismissed. PayPal therefore denies the allegations in Paragraph 118.

119.    Plaintiffs' ECOA claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 119.

120.    Plaintiffs' ECOA claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 120.

121.    Plaintiffs' ECOA claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 121.

122.    Plaintiffs' ECOA claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 122.

123.    Plaintiffs' ECOA claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 123.

**COUNT III**
**Violation of New York State Human Rights Law**
**N.Y. Exec. Law §296-a – Discriminatory Practices in Relation to Credit**

124.    Plaintiffs' NYSHRL claim has been dismissed.   PayPal therefore denies the allegations in Paragraph 124.

125.    Plaintiffs' NYSHRL claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 125.

126.    Plaintiffs' NYSHRL claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 126.

127.    Plaintiffs' NYSHRL claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 127.

128.    Plaintiffs' NYSHRL claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 128.

129.    Plaintiffs' NYSHRL claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 129.

130.    Plaintiffs' NYSHRL claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 130.

131.    Plaintiffs' NYSHRL claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 131.

132.    Plaintiffs' NYSHRL claim has been dismissed.  PayPal therefore denies the allegations in Paragraph 132.

**COUNT IV**
**Violation of New York City Human Rights Law**
**N.Y.C. Admin. Code §8-107(4) – Discrimination in Public Accommodations**

133.    PayPal repeats and incorporates by reference each and every denial, admission, and averment set forth in Paragraphs 1 through 132 above as though fully set forth herein.

134.    Paragraph 134 contains conclusions of law to which no response is required.  To the extent that Paragraph 134 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

135.    Paragraph 135 contains conclusions of law to which no response is required.  To the extent that Paragraph 135 is deemed to contain factual allegations requiring a response, PayPal denies the allegations.

136.    Paragraph 136 contains conclusions of law to which no response is required.  To the extent that Paragraph 136 is deemed to contain factual allegations requiring a response, PayPal admits that its money transfer application and some of its other products are open to nearly everyone in the United States.  PayPal denies that the Economic Opportunity Fund was similarly open to the public and denies the remaining allegations in Paragraph 136.

137.    PayPal denies the allegations in Paragraph 137.  Paragraph 137 also contains conclusions of law to which no response is required.

138.    PayPal admits that PayPal, Inc. through a subsidiary, Swift Financial, LLC, participated in the Paycheck Protection Program ("PPP") as a Lender Service Provider under the Coronavirus Aid, Relief, and Economic Security Act to help make small business loans available to approved borrowers impacted by the COVID-19 pandemic.  Loans made under this program were funded by an independent chartered financial institution that PayPal partnered with.  PayPal therefore denies that it was the actual lender for loans made under the PPP.  PayPal denies any remaining allegations in Paragraph 138.

139.    PayPal denies the allegations in Paragraph 139.  Paragraph 139 also contains conclusions of law to which no response is required.

140.    PayPal denies the allegations in Paragraph 140.  Paragraph 140 also contains conclusions of law to which no response is required.

141.    PayPal denies the allegations in Paragraph 141.  Paragraph 141 also contains conclusions of law to which no response is required.

142.    PayPal denies the allegations in Paragraph 142.  Paragraph 142 also contains conclusions of law to which no response is required.

143.    In response to the section of the Complaint titled "Prayer for Relief," PayPal denies that Plaintiffs are entitled to the relief requested or to any relief whatsoever.  PayPal denies any remaining allegations in Paragraph 143.

## AFFIRMATIVE DEFENSES

Subject to and without waiving any prior objection, answer, or defense, and without accepting the burden of proof on any element of any cause of action upon which Plaintiffs ordinarily would be required to carry such burden, PayPal asserts the following separate or affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each purported claim for relief stated therein fails to allege facts sufficient to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because they are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because they are barred by the doctrine of laches to the extent Plaintiffs unreasonably delayed in asserting their rights.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because Plaintiffs failed to apply for the funding that they allege PayPal discriminatorily denied them.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because each and every action taken by PayPal with regard to Plaintiffs was due to legitimate, non-discriminatory reasons unconnected to Ms. Desai's allegedly protected characteristic(s).

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail to the extent Plaintiffs cannot establish that Ms. Desai's allegedly protected characteristic(s) was a but-for cause of any alleged adverse action.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail to the extent Plaintiffs cannot establish that Ms. Desai's allegedly protected characteristic(s) was a motivating factor for any alleged adverse action.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claim for damages should be offset or reduced to the extent such claimed damages are compensated by other sources or caused by events unrelated to PayPal's conduct.

21

### NINTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages because PayPal did not act with fraud, oppression, malice, wanton, willful, or conscious disregard, or reckless indifference toward Plaintiff. In the alternative, if PayPal is found liable and exemplary or punitive damages are awarded, PayPal pleads all maximum statutory caps under law.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each purported cause of action in it is barred in whole or in part because the remedies sought are unconstitutional, contrary to public policy, otherwise unauthorized, or not recognized by applicable state law.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to take appropriate and necessary steps to mitigate damages, if any. In the alternative, if PayPal is found liable and damages are awarded, damages should be reduced with respect to sums Plaintiffs have earned or could have earned had they exercised reasonable diligence to mitigate damages.

### TWELFTH AFFIRMATIVE DEFENSE

There is no basis in law or fact for Plaintiffs to recover attorneys' fees, costs, expenses, or interest associated with this litigation.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because they are barred by the First Amendment to United States Constitution.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to damages because PayPal would have made the same decision even in the absence of the discriminatory conduct that Plaintiffs allege.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the after-acquired evidence doctrine.

## SIXTEENTH AFFIRMATIVE DEFENSE

PayPal Ventures is not a proper defendant because it was not a corporate entity or affiliate separate and apart from PayPal Holdings, Inc. during the relevant time period.

## ADDITIONAL AFFIRMATIVE DEFENSES

PayPal has insufficient knowledge or information upon which to form a basis as to whether it may have additional, as yet unstated, separate defenses available.  PayPal has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to raise additional affirmative defenses as they become known through discovery in this matter.  PayPal further reserves the right to amend its Answer and/or affirmative defenses accordingly and/or to delete affirmative defenses that it determines are not applicable during the course of subsequent discovery.

## PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully request that the Court enter judgment:

A.      in Defendants' favor and against Plaintiffs;

B.      dismissing Plaintiffs' claims against Defendants in their entirety and with prejudice;

C.      awarding Defendants their reasonable costs and expenses, including reasonable attorneys' fees, incurred in defending this action; and

D.      granting Defendants such other and further relief as the Court deems just and proper.

Dated: January 16, 2026                    Respectfully submitted,


By: */s/ Mylan Denerstein*
  Mylan L. Denerstein
  GIBSON, DUNN & CRUTCHER LLP
  200 Park Avenue
  New York, NY 10166-0193
  (212) 351-3850
  mdenerstein@gibsondunn.com

  Jason C. Schwartz (*pro hac vice*)
  GIBSON, DUNN & CRUTCHER LLP
  1700 M Street N.W.
  Washington, D.C. 20036-4504
  (202) 955-8242
  jschwartz@gibsondunn.com

  Gregg J. Costa (*pro hac vice*)
  GIBSON, DUNN & CRUTCHER LLP
  811 Main Street, Suite 300
  Houston, TX 77002-6117
  (346) 718-6649
  gcosta@gibsondunn.com

  *Attorneys for Defendants PayPal Holdings, Inc.*
  *and PayPal Ventures*