Consovoy McCarthy PLLC

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

September 15, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

**Re: *Andav Capital et al. v. PayPal Holdings, Inc., et al.*, No. 25-cv-33-JMF**

Dear Judge Furman:

Plaintiffs recently filed a joint motion to extend the discovery schedule. *See* Doc.59. That motion includes several redactions. Under the Court's individual rules, parties can redact medical records—including "treatment and diagnosis" information—without "prior Court approval." Furman Individual Practices §7.A. The Plaintiffs followed that approach here, redacting Nisha Desai's "medical records" and "treatment" plans from their pending extension motion. *Id.*; Doc.59 at 1-2. The Plaintiffs then "contemporaneously filed" an unredacted copy of that motion "under seal on ECF." Furman Individual Practices §7.C.ii. They now seek the Court's leave to file that motion because it contains sensitive medical information. *Id.*; *see also* Furman Individual Practices §7.A.

Respectfully submitted,

*/s/ Daniel M. Vitagliano*
Counsel for Plaintiffs
dvitagliano@consovoymccarthy.com

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 60.

SO ORDERED

September 16, 2026