Consovoy McCarthy PLLC

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

**By ECF** November 9, 2026

The Honorable Jesse M. Furman
U.S. District Court, Southern District of N.Y.
500 Pearl St., New York, NY 10007-1312

**Re: *Nisha Desai, et al. v. PayPal Holdings, Inc., et al.*, No. 25-cv-33 (JMF)**

Dear Judge Furman:

Plaintiffs recently filed a motion to compel the deposition of PayPal's former CEO, Dan Schulman. *See* Doc.73. That motion quotes several documents that PayPal has produced in this case. PayPal marked all those documents as "confidential," aside from one that it marked "highly confidential"—*i.e.*, Exhibit F. Though Plaintiffs believe all those documents (aside from Exhibit F) should be public, they filed their motion to compel with several redactions pursuant to the parties' protective order. *See* Doc.56.

After a meet and confer that discussed other issues on November 6, Andav's counsel told PayPal's counsel that Plaintiffs "will soon file a motion to compel Dan Schulman's deposition." Andav's counsel then asked, "if [Andav] can file any of those exhibits on the public docket," stating that Andav "will file a redacted motion on the public docket along with a motion to seal" if PayPal doesn't consent. PayPal's counsel has not responded to Andav's November 6 request.

Respectfully submitted,

*/s/ Daniel M. Vitagliano*
Counsel for Plaintiffs
dvitagliano@consovoymccarthy.com

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 74.

SO ORDERED.

November 10, 2026