Consovoy McCarthy PLLC

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

**By ECF** November 17, 2026

The Honorable Jesse M. Furman
U.S. District Court, Southern District of N.Y.
500 Pearl St., New York, NY 10007-1312

**Re: *Nisha Desai, et al. v. PayPal Holdings, Inc., et al.*, No. 25-cv-33 (JMF)**

Dear Judge Furman:

The parties jointly move to compel Defendants to produce certain fund confidential documents and communications that are in their possession, custody, or control. Several months ago, Plaintiffs asked for documents concerning the Economic Opportunity Fund's "accepted applicants"; "the benefits and obligations of accepted applicants"; and "any capital commitments, contractual obligations, or other benefits" that PayPal provided to the winning funds. Ex. A (RFP Nos. 2-3). Plaintiffs asked for those documents to support their discrimination claims and damages theories, among other things.

PayPal has already produced responsive, non-privileged documents and communications for 14 of the 19 venture capital funds that the Fund invested in. And PayPal is willing to produce additional responsive, non-privileged documents for the five remaining funds. PayPal is currently unable to produce those documents, however, because, as it explained to Plaintiffs in June, they are subject to non-disclosure agreements. PayPal has no objection, however, to producing those documents pursuant to a Court order as permitted by those agreements. The Court should thus order Defendants to produce documents responsive to RFP Nos. 2 and 3 with respect to MaC Venture Capital, Precursor Ventures, Slauson & Co, Bright Ventures, and SV Latam. Defendants do not waive any other objections to RFP Nos. 2 and 3 and the Court's order, if any, granting this request should not be construed as a ruling on such objections.

Respectfully submitted,
*/s/ Daniel M. Vitagliano*
Counsel for Plaintiffs
dvitagliano@consovoymccarthy.com

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 90.

SO ORDERED.

November 17, 2026